

# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

## JUDGMENT IN A CIVIL CASE

DENNIS ANDERSON,

v.

JO ANNE B. BARNHART               CASE NUMBER:    1:04-1120-T
Commissioner of Social Security

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 7/21/2005, the Commissioner's decision is hereby AFFIRMED and this case is hereby DISMISSED.

APPROVED:



JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

7/22/05                BY:   C. Heid
DATE                         DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7/26/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 1:04-CV-01120 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Honorable James Todd
US DISTRICT COURT